# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

139505 (140)

TARA KATHERINE HAMED,
        Plaintiff-Appellee,

v

WAYNE COUNTY and WAYNE COUNTY
SHERIFF'S DEPARTMENT,
        Defendants-Appellants,
and

SERGEANT KENNETH DAWWISH,
CORPORAL NETTI JACKSON, SHERIFF
WARREN C. EVANS, and DEPUTY
REGINALD JOHNSON,
        Defendants.
_____

SC: 139505
COA: 278017
Wayne CC: 03-327525-NZ

On order of the Chief Justice, the motion by the Women Lawyers of Michigan for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk